UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JILL CARUSO, Individually,                      :
                                                 :
          Plaintiff,                             :
                                                 :
v.                                               :   Case No. 1:11-cv-1153
                                                 :
GRAND VALLEY LIMITED PARTNERSHIP                 :
A Domestic Limited Partnership                   :
                                                 :
          Defendant.                             :
_____/         :

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that settlement of the present matter has been reached and the parties are in the process of finalizing the settlement agreement. The parties anticipate filing a dismissal with prejudice within the next 60 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: January 27, 2012

FOR THE PLAINTIFF                                FOR THE DEFENDANT

By: _/s/ Pete M. Monismith___                    By: _/s/ Joe Sadler_____

| Pete M. Monismith, Esq. | Joe Sadler (P71829) |
| Pete M. Monismith, P.A. | WARNER NORCROSS & JUDD LLP |
| 3945 Forbes Ave., #175 | 900 Fifth Third Center |
| Pittsburgh, PA 15213 | 111 Lyon Street, N.W. |
| ph. (724) 610-1881 | Grand Rapids, Michigan 49503-2487 |
| pete@monismithlaw.com | 616.752.2000 |
| | *Attorneys for Defendant* |

1