UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JILL CARUSO, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:11-cv-1153 |
| GRAND VALLEY LIMITED PARTNERSHIP<br>A Domestic Limited Partnership | : |
| Defendant. | : |

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburg, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Joseph Sadler
Joseph Sadler
Joe Sadler (P71829)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI
jsadler@wnj.com
*Attorneys for Defendant*

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

At a session of said Court, held in the U.S. District Court for the
Western District of Michigan,
    On:  _____March 22, 2012_____

_____
PRESENT:  Janet T. Neff
United States District Court Judge

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

      /s/ Janet T. Neff
Honorable Janet T. Neff
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>***Attorneys for Plaintiff***<br><br>Dated: March 21, 2012 | /s/ Joseph Sadler<br>Joseph Sadler<br>Joe Sadler (P71829)<br>WARNER NORCROSS & JUDD LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI<br>jsadler@wnj.com<br>***Attorneys for Defendant***<br><br>Dated: March 20, 2012 |

**2**